IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE WELLS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIMITRIOS LOIZOS | : | NO. 06-2320 |

# **O R D E R**

AND NOW, this 18th day of February, 2015, upon consideration of Plaintiff's Motion for a New Trial (Doc. 109), the response (Doc. 110), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.